# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2020

159744-5

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MICHAEL J. LONG, Personal Representative of
the ESTATE OF MICHAEL KNUDSEN,
        Plaintiff/Counterdefendant-
        Appellee,

v

GEOFFREY FIEGER and FIEGER LAW PC,
        Defendants/Counterplaintiffs/
        Third-Party Plaintiffs/Appellants,

and

RICHARD M. GOODMAN, GOODMAN
KALAHAR, DEAN A. ROBB, and
DEAN ROBB LAW FIRM,
        Third-Party Defendants/Appellees.

SC: 159744
COA: 341412
Grand Traverse CC:
2016-031437-NM

_____/

ZACHARY ALLEN KOTT-MILLARD,
        Plaintiff/Counterdefendant-
        Appellee,

v

GEOFFREY FIEGER and FIEGER LAW PC,
        Defendants/Counterplaintiffs/
        Third-Party Plaintiffs/Appellants,

and

RICHARD M. GOODMAN, GOODMAN
KALAHAR, DEAN A. ROBB, and
DEAN ROBB LAW FIRM,
        Third-Party Defendants/Appellees.

SC: 159745
COA: 341414
Grand Traverse CC:
2016-031442-NM

_____/

On order of the Court, the application for leave to appeal the March 5, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2020



Clerk

a0224